IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOSEPH SANDERS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **03-172-GPM** |
| | ) | |
| **KATHLEEN HAWK-SAWYER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is plaintiff's "Motion for United States Penitentiary Marion, IL, to Hand Over All Said Evidence for Inspection to Court." **(Doc. 12).** Citing case law applicable to criminal trials, plaintiff demands production of all exculpatory evidence.

As a preliminary matter the Court must note that this is a civil case, not a criminal case, so different procedural rules and case law applies. Furthermore, there is no indication that plaintiff has submitted a discovery request to any of the defendants. *See* Federal Rules of Civil Procedure 26, 33 and 34. Insofar as plaintiff seeks discovery from USP Marion, the Court notes that USP Marion is not a defendant to this action.

**IT IS THEREFORE ORDERED** that plaintiff's "Motion for United States Penitentiary Marion, IL, to Hand Over All Said Evidence for Inspection to Court" **(Doc. 12)** is **DENIED**. Plaintiff should consult the Federal Rules of Civil Procedure for the discovery procedures applicable to this civil case.

**IT IS SO ORDERED.**

**DATED:** May 25, 2005                               s/ Clifford J. Proud
                                                                     **CLIFFORD J. PROUD**
                                                                     **U. S. MAGISTRATE JUDGE**