IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOSEPH SANDERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **03-172-GPM** |
| ) | |
| **KATHLEEN HAWK-SAWYER, et al.,** ) | |
| ) | |
| Defendants. ) | |

# ORDER

**PROUD, Magistrate Judge:**

    Before the Court is plaintiff's motion "for a transfer under imminent peril." **(Doc. 20).** The Court construes this as a second motion for transfer from USP Marion. Plaintiff asserts that he is in imminent peril, "In light of K. Murphy and Administrative Orders 90-26 & 87-36, and the Fifteenth Judicial Circuit, Palm Beach County Florida, Law Enforcement Administrative, and Great Seal of Florida In God We Trust Govener [sic] Lawton Chiles."

    The Court cannot discern an imminent threat from the aforementioned statement.

    **IT IS THEREFORE ORDERED** that plaintiff's motion for a transfer **(Doc. 20)** is **DENIED**. Plaintiff is free to file another motion explaining in more detail the perceived imminent threat and why he should be transferred from USP Marion.

    **IT IS SO ORDERED.**

    DATED: May 25, 2005

                                                              s/ **Clifford J. Proud**
                                                             **CLIFFORD J. PROUD**
                                                             **U. S. MAGISTRATE JUDGE**